435 A.2d 271

Commonwealth v. Kirkland, Appellant.

Submitted April 16, 1980. Steven Kocherzat, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., concurred in the result.